Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>N.J. KANN PAINTING, INC., a California corporation,<br><br>　　　　Defendant. | Case No.:  C12-5542 CW<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br><br>Date:  Wednesday, April 3, 2013<br>Time:  2:00 p.m.<br>Ctrm:  2, 4th Floor<br>　　　　1301 Clay Street<br>　　　　Oakland, CA<br>Judge:  The Honorable Claudia Wilken |

　　　　Plaintiffs respectfully request that the Case Management Conference scheduled for April 3, 2013, at 2:00 p.m., be continued for approximately sixty (60) days, as follows:

　　　　1.　　As the Court's records will reflect, this action was filed on October 29, 2012 to compel Defendant to comply with the terms of its Collective Bargaining Agreement.  Service on Defendant was completed on October 30, 2012.  A Proof of Service of Summons was filed with the Court on November 6, 2012.  [*Docket No. 12.*]

　　　　2.　　On or about December 20, 2012, Plaintiffs were contacted by Defendant's counsel requesting an informal resolution.  Plaintiffs have extended Defendant's time to file an Answer, to provide Plaintiffs time to work with the fund administrator to confirm the total amount owed by Defendant.

　　　　3.　　The parties anticipate that Defendant will enter into a payment plan to satisfy all

amounts due, or in the alternative, Defendant can submit a lump sum payment.

4.  Plaintiffs' administrator determined that reports of certain months of work by Defendant were missing; Defendant has now provided those reports.  The parties are awaiting the administrator's confirmation of payments made on those reports, and the final amounts remaining due from Defendant.  Those amounts will then be included in the form of Stipulation already reviewed by Defendant's counsel.

5.  Therefore, Plaintiffs respectfully request that the Case Management Conference be continued for approximately sixty (60) days in order to allow both parties sufficient time to confirm the amounts due and the terms of payment.

6.  There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, the parties respectfully request that the Court continue the currently scheduled Case Management Conference.

7.  Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: March 26, 2013

**SALTZMAN & JOHNSON**
**LAW CORPORATION**

By: _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to  June 5, 2013 , and all related deadlines are extended accordingly.

Date:  3/28/2013

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT

-2-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C12-5542 CW**

P:\CLIENTS\PATCL\NJ Kann Painting\Pleadings\C12-5542 CW - Request to Continue CMC 032613.docx