1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                     UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 BAY AREA PAINTERS AND TAPERS          Case No.:  C12-5542 CW
   PENSION TRUST FUND, et al.
11                                       **PLAINTIFFS' REQUEST FOR**
           Plaintiffs,                   **CONTINUANCE OF CASE**
12                                       **MANAGEMENT CONFERENCE; and**
           v.                            **[PROPOSED] ORDER THEREON**
13
   N.J. KANN PAINTING, INC., a California Date:  Wednesday, April 3, 2013
14 corporation,                          Time:  2:00 p.m.
                                         Ctrm:  2, 4th Floor
15         Defendant.                            1301 Clay Street
                                                 Oakland, CA
16                                       Judge:  The Honorable Claudia Wilken

17

18         Plaintiffs respectfully request that the Case Management Conference scheduled for April

19 3, 2013, at 2:00 p.m., be continued for approximately sixty (60) days, as follows:

20         1.     As the Court's records will reflect, this action was filed on October 29, 2012 to

21 compel Defendant to comply with the terms of its Collective Bargaining Agreement.  Service on

22 Defendant was completed on October 30, 2012.  A Proof of Service of Summons was filed with

23 the Court on November 6, 2012.  [*Docket No. 12.*]

24         2.     On or about December 20, 2012, Plaintiffs were contacted by Defendant's counsel

25 requesting an informal resolution.  Plaintiffs have extended Defendant's time to file an Answer, to

26 provide Plaintiffs time to work with the fund administrator to confirm the total amount owed by

27 Defendant.

28         3.     The parties anticipate that Defendant will enter into a payment plan to satisfy all

1    amounts due, or in the alternative, Defendant can submit a lump sum payment.

2        4.    Plaintiffs' administrator determined that reports of certain months of work by

3    Defendant were missing; Defendant has now provided those reports.  The parties are awaiting the

4    administrator's confirmation of payments made on those reports, and the final amounts remaining

5    due from Defendant.  Those amounts will then be included in the form of Stipulation already

6    reviewed by Defendant's counsel.

7        5.    Therefore, Plaintiffs respectfully request that the Case Management Conference be

8    continued for approximately sixty (60) days in order to allow both parties sufficient time to

9    confirm the amounts due and the terms of payment.

10       6.    There are no issues that need to be addressed by this Court at the currently

11   scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's

12   time and resources, the parties respectfully request that the Court continue the currently scheduled

13   Case Management Conference.

14       7.    Plaintiffs recognize that a case management conference statement is due seven days

15   in advance of the case management conference date and that the statement must include all

16   elements requested in the "Standing Order for All Judges of the Northern District of California –

17   Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court

18   require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

19   Dated: March 26, 2013                    **SALTZMAN & JOHNSON**
                                             **LAW CORPORATION**
20

21                                    By: _____/s/_____
                                          Muriel B. Kaplan
22                                        Attorneys for Plaintiffs

     IT IS SO ORDERED.
23

24       Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case
     Management Conference is hereby continued to <u>June 5, 2013</u>, and all related deadlines are
25   extended accordingly.

26   Date: __3/28/2013_____

27                                    _____
                                     THE HONORABLE CLAUDIA WILKEN
28                                   UNITED STATES DISTRICT COURT